# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2020 ND 122

State of North Dakota,  Plaintiff and Appellee

v.

Clark Stenbak,  Defendant and Appellant

## No. 20190401

Appeal from the District Court of Mountrail County, North Central Judicial District, the Honorable Richard L. Hagar, Judge.

AFFIRMED.

Per Curiam.

Laura C. Ringsak, Bismarck, ND, for defendant and appellant; submitted on brief.

Wade G. Enget, Mountrail County State's Attorney, Stanley, ND, for plaintiff and appellee; submitted on brief.

## State v. Stenbak
## No. 20190401

**Per Curiam.**

[¶1]   Clark Stenbak appeals from a criminal judgment after a jury found him guilty of menacing and preventing arrest. Stenbak argues insufficient evidence was presented to sustain his convictions. Viewing the evidence in the light most favorable to the verdict, we conclude sufficient evidence exists that could allow a jury to draw a reasonable inference in favor of the convictions. We summarily affirm under N.D.R.App.P. 35.1(a)(3).

[¶2]   Jon J. Jensen, C.J.
Daniel J. Crothers
Jerod E. Tufte
Lisa Fair McEvers
Gerald W. VandeWalle